examination to be held in a county within the city of New York through the two named representatives, and as to items "5" and "7". Order modified by striking from the second ordering paragraph item "5". As so modified, order, insofar as appealed from, affirmed, without costs. Under item "5", respondents seek merely to examine as to their alleged "ownership" and "right of possession" of the chattels in question. Whether they became the owners of the chattels and entitled to possession thereof are purely issues of law. All the factual questions upon which these issues of law will be determined appear to be embraced in the items relating to respondents' tender of payment and their demand for the chattels, which items have been allowed. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.

■ ESTELLE G. WHITE, as Administratrix of the Estate of SADIE WHITE, Deceased, Appellant, v. KALIL A. BALLAN, Respondent, et al., Defendant.— In an action to recover on promissory notes, respondent admits the making and delivery of the notes, denies that no part has been paid and that $8,000 plus interest is due and owing, and alleges a partial defense that $750 has been paid on account. Both the complaint and respondent's answer are verified. Appellant's motion insofar as it sought partial summary judgment against respondent was denied. Order modified by adding thereto after the second ordering paragraph an additional paragraph providing that that part of appellant's motion which seeks partial summary judgment in the amount of $7,250 against the respondent be granted and that the action be severed as to all other issues. As thus modified order, insofar as appeal is taken, affirmed, without costs. Respondent admits that at least $7,250 is due and owing, and partial summary judgment should have been granted to that extent. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

## (May 29, 1956)

■ In the Matter of MARIE A. BEARY, Appellant, against WILLIAM D. MEISSER et al., Constituting the Nassau County Board of Elections, et al., Respondents.— Order affirmed, without costs, on the authority of *Matter of Aaronson* v. *Meisser* (300 N. Y. 452). Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of RICHARD A. O'LEARY, Appellant, against WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, et al., Respondents.— Order reversed on the law, without costs, and application granted, without costs. The findings of fact are affirmed. The signing by another person of the name of the witness to the designating petition is not a compliance with section 135 of the Election Law. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of RICHARD A. O'LEARY, Appellant, against WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, et al., Respondents.— Order reversed on the law, without costs, and application granted, without costs. The findings of fact are affirmed. The signing by another person of the name of the witness to the designating petition is not a compliance with section 135 of the Election Law. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of RICHARD A. O'LEARY, Appellant, against WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, et al., Respondents.— Order affirmed, without costs. No opinion. Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ., concur.